Hoyte's Concrete Prods., Inc. v DiAngelo (2026 NY Slip Op 00693)

Hoyte's Concrete Prods., Inc. v DiAngelo

2026 NY Slip Op 00693

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, NOWAK, AND DELCONTE, JJ.

111 CA 24-01526

[*1]HOYTE'S CONCRETE PRODUCTS, INC., PLAINTIFF-APPELLANT,
vJOHN DIANGELO, ALSO KNOWN AS RICHARD JOHN DIANGELO, DEFENDANTS-RESPONDENTS. 

CROSSMORE AND TIFFANY, ITHACA (KIRSTIN TIFFANY OF COUNSEL), FOR PLAINTIFF-APPELLANT.

 Appeal from an order of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered August 28, 2024, in an action for replevin. The order, insofar as appealed from, dismissed the complaint. 
It is hereby ORDERED that the case is held, the decision is reserved and the matter is remitted to Supreme Court, Cayuga County, for further proceedings in accordance with the following memorandum: Plaintiff, as limited by its brief, appeals from an order entered following a nonjury trial insofar as it dismissed the complaint. Supreme Court's written decision fails to set forth "the facts it deem[ed] essential" to its determination (CPLR 4213 [b]). Under the circumstances, we conclude that the case must be held and that the decision must be reserved, and we remit the matter to Supreme Court to make the requisite findings of fact (see State Bank of Tex. v Kaanam, LLC, 170 AD3d 1498, 1498 [4th Dept 2019]; Chavoustie v Stone St. Baptist Church of Chaumont, 163 AD2d 856, 856 [4th Dept 1990]).
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court